# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CURTIS TRUMAN,<br><br>Plaintiff,<br>v.<br><br>JAMES DZURENEA, et al.,<br><br>Defendants. | Case No. 2:24-cv-02393-GMN-NJK<br><br>**ORDER ON MOTION TO EXTEND DEADLINE TO AMEND** |

On May 12, 2025, this Court screened Plaintiff Curtis Truman's complaint, allowing certain claims to proceed, dismissing some with prejudice, and dismissing others with leave to amend by June 12, 2025. (ECF No. 8). One day after that deadline expired, Truman filed a motion seeking to extend it by 30 days, arguing that his legal documents were confiscated during a cell search and not returned until June 9, 2025, leaving him insufficient time to amend. (ECF No. 10). This Court finds that Truman has shown good cause and excusable neglect to reopen and extend the deadline for him to file an amended complaint.

**IT IS HEREBY ORDERED** that the Motion for Extension of Time to Amend, (ECF No. 10), is **GRANTED nunc pro tunc**.

It is further ordered that the deadline for Truman to file a first amended complaint consistent with this Court's May 12, 2025, Screening Order is **REOPENED and EXTENDED to July 16, 2025**.

**DATED** this ___16___ day of _____June_____, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

1