**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CURTIS TRUMAN,

Plaintiff,

v.

JAMES DZURENDA, et al.,

Defendants.

Case No. 2:24-cv-02393-GMN-NJK

[Docket No. 41]

Pending before the Court is Plaintiff's motion to extend time for discovery.[1] Docket No. 41. Defendants did not file a response. *See* Docket.

Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to a motion constitutes a consent to the granting of the motion. Defendants did not file a response to the instant motion. *See* Docket.

Accordingly, the Court **GRANTS** Plaintiff's motion to extend time for discovery and **EXTENDS** the discovery cutoff to August 5, 2026. Docket No. 41.

IT IS SO ORDERED.

Dated: July 24, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).