**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CURTIS TRUMAN,<br>Plaintiff,<br>v.<br>JAMES DZURENDA, et al.,<br>Defendants. | Case No. 2:24-cv-02393-GMN-NJK<br>[Docket No. 43] |

Pending before the Court is Plaintiff's motion to extend time for discovery.[1] The Court does not require a response or a hearing. *See* Local Rule 78-1.

Plaintiff requests a 60 to 90-day extension of time to conduct discovery, and submits that the previous extension granted was not enough time for him to review documents in the warden's office, that he is still waiting to be able to access the documents, and that he is still waiting for Defendants' counsel to respond to his letter. Docket No. 43.

For good cause shown, the Court **GRANTS** Plaintiff's motion and **EXTENDS** the discovery cutoff to October 5, 2026. Docket No. 43.

IT IS SO ORDERED.

Dated: August 12, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).